DOLLY HOWARD, Appellant, *v.* BETH ISRAEL HOSPITAL ASSOCIATION, Respondent.

Submitted November 13, 1946; decided November 27, 1946.

*Harry P. Keith* and *David J. Lewis* for appellant.

*Leo F. Potts* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.